**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

FILED
RICHARD W. NAGEL
CLERK OF COURT

APR 28  PM 2: 45

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**MR. DAVID A. JOHNSON**
2515 Meyerhill Drive
Cincinnati, Ohio 45211
(513) 289-7504
dpiayer39@yahoo.com,

      Plaintiff,

      Civil Action No.: ___1:20 C V 3 3 8___

      J. BARRETT

**INDIAN HILL EXEMPTED VILLAGE**
**SCHOOL DISTRICT BOARD OF EDUCATION**
6855 Drake Road
Cincinnati, OH 45243
(513) 272-4500,

      M.J. BOWMAN

      Defendant.

**APPLICATION/MOTION TO PROCEED WITHOUT**
**PREPAYMENT OF FEES**
**(IN FORMA PAUPERIS)**
**AND AFFIDAVIT IN SUPPORT THEREOF**

**MR. DAVID A. JOHNSON**
2515 Meyerhill Drive
Cincinnati, Ohio 45211
(513) 289-7504
dpiayer39@yahoo.com

*Plaintiff Pro se*

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?                Yes_X_        No____
   A. If you answered "Yes":
     (1) What is the name and address of your employer
      Fort Thomas  Independent Schools
      219 Highland
      Fort Thomas, Kentucky 40175
     (2) How much do you earn per month?
      $22,000.00

   B. If you answered "No"
     (1) Have you ever been employed?        Yes____        No____
     If yes, what was the last year and month you were
     employed? _____
     How much did you earn a month?_____

II. What is your marital status?
   Single_____        Married__X__        Widowed_____        Divorced_____
   A. If you answered "Married":
     (1) Is your spouse employed? Yes__X__        No_____
     If yes, how much does your spouse earn each month?
     $__ $ 1, 064.00

III. Do you have any dependents?        Yes__X__        No____
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| T.J | Daughter | $500.00 per month |
| Yuki Johnon | Wife | $500.00 per month |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?        Yes____        No_X__
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |