UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David A. Johnson,

    Plaintiff,

        v.                              Case No. 1:20cv338

Indian Hill Exempted Village              Judge Michael R. Barrett
School District Board of Education,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 17, 2021 (Doc. 25).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 25) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 25) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's motion to dismiss without prejudice for good cause (Doc. 22) is **GRANTED**. This case is hereby **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

                                                      s/ *Michael R. Barrett*
                                                      Michael R. Barrett, Judge
                                                      United States District Court